# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

128768

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TERI ROHDE, BRENDON QUILTER, MARY
QUILTER, WALTER MACKEY, BARBARA
MACKEY, GARY GIBSON, ELLEN GIBSON,
TED JUNGKUNTZ, LOISE JUNGKUNTZ,
DAVID SPONSELLER, MARY SPONSELLER,
MIKE GLADIEUX, MARTHA GLADIEUX,
HELEN RYSSE, TERRY TROMBLEY, JOHN
WILLIAMS, and THERESE WILLIAMS,
        Plaintiffs-Appellants,

v

ANN ARBOR PUBLIC SCHOOLS a/k/a PUBLIC
SCHOOLS OF THE CITY OF ANN ARBOR,
BOARD OF EDUCATION FOR ANN ARBOR
PUBLIC SCHOOLS, PRESIDENT OF THE
BOARD OF EDUCATION FOR ANN ARBOR
PUBLIC SCHOOLS, and TREASURER OF THE
BOARD OF EDUCATION FOR ANN ARBOR
PUBLIC SCHOOLS,
        Defendants-Appellees,

and

ANN ARBOR EDUCATION ASSOCIATION,
MEA/NEA,
        Intervening Defendant-Appellee.
_____/

SC: 128768
COA: 253565
Washtenaw CC: 03-001046-CZ

On order of the Court, the application for leave to appeal the April 14, 2005 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall address at oral argument only the issue of what constitutes an effective demand under MCL 129.61. They may file supplemental briefs, limited to this issue, within 28 days of the date of this order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

p025